# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**CHELSEA A. HARRIS,**

        Plaintiff(s),

      v.            **TELEPHONE SCHEDULING CONFERENCE**
                                Case No. 20-C-373

**WELLPATH LLC.,**

        Defendant(s).

---

HONORABLE WILLIAM C. GRIESBACH presiding      Time Called: 9:59 a.m.
Proceeding Held: December 22, 2021      Time Concluded: 10:01 a.m.
Deputy Clerk: Mara      Tape: 122221

**Appearances:**

    **Plaintiff(s):**    James End

    **Defendant(s):**    R Fletcher Koch

---

The Court inquires as to the status of the case. Mr. End states Plaintiff and Wellpath LLC have recently reached a settlement and anticipates signing the paperwork within the next few days.
Parties anticipate filing a stipulation of dismissal within 30 days.