# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| CHELSEA A. HARRIS,<br><br>  Plaintiff,<br><br>UNITED HEALTHCARE OF WISCONSIN, INC,<br><br>  Involuntary Plaintiff,<br><br>v.<br><br>WELLPATH, LLC,<br><br>  Defendant. | Case Number 20 cv00373 |

---

**FEDERAL RULES OF CIVIL PROCEDURE 41(a)(1)(A)(ii) AND CIVIL LOCAL RULE 41 STIPULATION OF DISMISSAL**

---

**IT IS HEREBY STIPULATED AND AGREED** by all parties that all claims, cross-claims, counter claims, and causes of action in this case may be dismissed upon the merits, with prejudice and without costs or further notice to any of the parties.

Dated this 17th day of February, 2022.

Respectfully submitted,

FIRST, ALBRECHT & BLONDIS, S.C.

By: /s/ *James P. End*
  James P. End, SBN 1032307
  jend@fabattorneys.com
  Alexa C. Bradley, SBN 1102009
  abradley@fabattorneys.com
  Broadway Theatre Center
  158 North Broadway, Suite 600
  Milwaukee, WI 53202

Telephone: (414) 271-1972
Facsimile: (414) 271-1511
Attorneys for Plaintiff

CASSIDAY SCHADE LLP

By: /s/ R. Fletcher Koch
R. Fletcher Koch, SBN 1054736
fkoch@cassiday.com
330 Kilbourn, Suite 575
Milwaukee, WI 53202
Telephone: (414) 224-1086
Facsimile: (414) 224-6044
Attorneys for Defendants, Wellpath, Leeann Juntunen-Sullivan, Diane Jensen, and Jessica Denissen

WELD RILEY SC

By: /s/ Matthew S. Mayer
Matthew S. Mayer, SBN 1001237
mmayer@weldriley.com
500 Third St Ste 800
PO Box 479
Wausau WI 54403-4873
(715) 845-8234
Facsimile: (715) 848-1085
Attorneys for Unitedhealthcare of Wisconsin, Inc.